IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 21 2012

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                   No. CR 12-1250 JP

DARYL J. HUDSON, III,

    Defendant.

## VERDICT

### COUNT 1

WE, the jury, find that the defendant, DARYL J. HUDSON, III, is __Guilty__
as charged in Count 1 of the indictment.                 (guilty or not guilty)

### COUNT 2

WE, the jury, find that the defendant, DARYL J. HUDSON, III, is __Guilty__
as charged in Count 2 of the indictment.                 (guilty or not guilty)

### COUNT 3

WE, the jury, find that the defendant, DARYL J. HUDSON, III, is __Guilty__
as charged in Count3 of the indictment.                 (guilty or not guilty)

### COUNT 4

WE, the jury, find that the defendant, DARYL J. HUDSON, III, is __Guilty__
as charged in Count 4 of the indictment.                 (guilty or not guilty)

### COUNT 5

WE, the jury, find that the defendant, DARYL J. HUDSON, III, is __Guilty__
as charged in Count 5 of the indictment.                 (guilty or not guilty)

## COUNT 6

WE, the jury, find that the defendant, DARYL J. HUDSON, III, is __GUILTY__
as charged in Count 6 of the indictment.  (guilty or not guilty)

## COUNT 7

WE, the jury, find that the defendant, DARYL J. HUDSON, III, is __GUILTY__
as charged in Count 7 of the indictment.  (guilty or not guilty)

Dated this __24th__ day of __2012__, 2012.

_____
FOREPERSON
LEONARD SOLAK