**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 18 2013

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW MEXICO

FILE NO. CR. 12-1250

| | |
|---|---|
| UNITED STATES ) | |
| PLAINTIFFS ) | |
| ) | |
| V. ) | NOTICE OF APPEAL |
| ) | |
| DARYL J. HUDSON III ) | |
| DEFENDANT ) | |

Notice is hereby given that Daryl J. Hudson III, Defendant in the above case, hereby appeals to the United Court of Appeals for the Tenth Circuit, from the final judgment and sentencing minutes entered in this action on the 9th day of April, 2013.

Daryl J. Hudson III
Defendant/Appellant
Pro Se
3401 Lowell St. NW
Washington DC 20016
darylhudson@me.com