# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



Matthew J. Dykman
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

July 1, 2013

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

RE: USDC Case # 12-CR-1250 JP & USCA Case # 13-2070

Dear Ms. Shumaker,

Please be advised that the record on appeal in the above referenced matter is now complete.

( )   A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

( )   A transcript order form has been filed by appellant stating that the necessary transcript is already on file in the United States District Court.

( X )   The transcript which were ordered are now on file with the United States District Court.

The appellant is required to file their brief with the United States Court of Appeals for the Tenth Circuit forty (40) days from the date of this letter.

Sincerely,

Matthew J. Dykman, Clerk
United States District Court of New Mexico

cc: Counsel of Record